UNITED STATES DISTRICT COURT

RECEIVED
SDNY DOCKET UNIT

FOR THE

2018 AUG 10  AM 8:46

SOUTHERN DISTRICT OF NEW YORK

Siavosh Henareh,                    )

        Petitioner,               )

                          )     Civil Action No. 14 Civil 7145(JSR)

    v.                          )              11CR93(JSR)

                          )

United States of America,   )

        Respondent.               )

## Notice of Appeal

Petitioner Siavosh Henareh, hereby provides notice of appeal in the above named case appeal to the United States Court of Appeal for the Second Circuit, from the order, judgment and decreed.

On July 18, 2018, the Court dismissed petitioner Siavosh Henareh's 28 U.S.C. §2255 Motion and claimed it "lack any arguable basis in law or facts."

Petitioner Siavosh Henareh, must file his notice of appeal in this court within 30 days of the judges' order and judgment and pay a filing fee of $505.00 USD.

Done this 25 day of July, 2018.

Respectfully Submitted,

Siavosh Henareh
Reg. No. 65976-054
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

# *Certificate of Service*

I, Siavosh Henareh    hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

NOTICE OF APPEAL

Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack 101 L.Ed.2d 245 (1988)** confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

Clerk of the Court
The Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

_____25_____ day of _July_____ 20 18

United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-2706

(Name) Henareh Siavosh

65976-054
Bureau of Prisons Register
Number

RECEIVED
SDNY DOCKET UNIT   UNITED STATES DISTRICT COURT

2018 AUG 10   AM 8: 46                FOR THE

SOUTHERN DISTRICT OF NEW YORK


Siavosh Henareh,                )

        Petitioner,             )

                                )    Civil Action No. 14 Civil 7145(JSR)

    v.                          )                 11CR93(JSR)

                                )

United States of America,       )

        Respondent.             )

Motion Requesting For Leave To Proceed In Forma Pauperis On
Appeal Under Federal Rule Of Appellate Procedure 24(a)(1)

Come now, petitioner Siavosh Henareh (hereinafter "Henareh")
Pro-se with this Motion Requesting For Leave to Proceed In Forma
Pauperis On Appeal Under Federal Rule of Appellate Procedure 24(a)(1)
and in support thereof provides as follows:

1.   On July 18, 2018, the Court dismissed Henarehs' 28 U.S.C. §2255
     Motion and claimed it "lack any arguable basis in law or facts."

2.   Henareh, must file his notice of appeal in this court within 30
     days after the judges' judgment and pay a filing fee of $500.00.

         "If the district court denies your motion to proceed in forma
     pauperis on appeal and/or has certified under 28 U.S.C. §1915(a)(3),
     an appeal would not be taken in good faith."

3.   Henareh is incarcerated and being held at United States Penitentiary

1.

Lompoc, CA 93436.

Henareh is also employed there and have an account in the institution, Henareh has attached to this motion a statement certified by the appropriate institutional officer showing all receipts, expenditures and balances during the last six months for any institutional account in Henarehs' name.

4.   Henareh states that the limited funds that is sent in to the institution monthly is only enough to pay for hygienes and communication with his family overseas, which is expensive at .99¢ cent per minute.

5.   Henareh, is a layman to the law, just learning as he go along. But in no way trying to frustrate this Honorable Court with this motion.

The government has a ethical obligation to remedy a wrongful ruling against Henareh, a layperson, pro-se defendant, unfamiliar with the rules of law and has limited funds and access to legal material.

The government have a  duty to seek justice, but also a professional obligation of competence, not to take advantage of situations, but rectify wrongful rulings.

6.   As this Honorable Court is well aware of pending motions requesting evidence withheld by the government, that can prove a "Brady" violation for suppressing exculpatory and material evidence when granted in Henarehs' favor.

CONCLUSION

Wherefore, petitioner Henareh, with the utmost respect prays this

2.

Honorable Court grant this motion requesting for leave to proceed in forma pauperis on appeal under Federal Rule of Appellate Procedure 24 (a)(1) and in the alternative allow Henareh to pay a percentage of the filing fee and/or make payments to this Honorable Court.

Respectfully submitted,

Dated: July 25, 2018

Siavosh Henareh
Reg. No. 65976-054
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

3.

# *Certificate of Service*

I, <u>Siavosh Henareh</u>  hereby certify that I have served a true and correct copy of the following by placement in the inmate mail:

MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Service of process is deemed complete at the time of delivery to the United States Postal Service for forwarding to the Court. **Houston v. Lack 101 L.Ed.2d 245 (1988)** confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage prepaid envelope addressed to:

Clerk of the Court
The Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007

and deposited in the United States Mail maintained by the United States Penitentiary Lompoc; Lompoc, California, all requirements of service of process required by law have been fulfilled this:

_____25_____ day of _July_ _____ 20 _18_

United States Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-2706

(Name) _Henareh Siavosh_

___65976-054___
Bureau of Prisons Register
Number

RECEIVED
SDNY DOCKET UNIT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

2018 AUG 10 AM 8:46

Siavosh Henareh
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

United States of America
_____

(List the full name(s) of the defendant(s)/respondent(s).)

1:14 CV07415 ( JSR )( SDA )

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma*

*pauperis* on appeal. This motion is supported by the attached affidavit.

August 6. 2018
_____
Dated

_____
Signature

HENAREH, SIAVOSH
_____
Name (Last, First, MI)
UNITED STATES PENITENTIARY-LOMPOC

| 3901 KELIN BLVD | LOMPOC | CALIFORNIA | 93436 |
|---|---|---|---|
| Address | City | State | Zip Code |

N/A INCARCERATED
_____
Telephone Number

_____
E-mail Address (if available)

## Application to Appeal In Forma Pauperis

Siavosh Henareh  v.  U.S.A.

Appeal No. 13-1305

District Court or Agency No. 11CR93(JSR)

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: August 6. 2018 | Date: August. 6. 2018 |

My issues on appeal are: (required):

Constitutional violation claims made by the Government by failing to provide me with exculpatory evidence, evidence that's clear and convincingly and totally vindicates me. My sentence and conviction are in violation of the U.S Constitution.

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment Incarcerated N/A | $ 0 | $ 0 | $28.20 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |

- 1 -

| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
|---|---|---|---|---|
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Incarcerated | United States Penitentiary 3901 Klein Blvd | 08/01/2016 | $28.20 |
| | Lompoc, CA 93436 | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| My spouse resides in the country of Romania and I have no idea of her employment, I know | | | $ |
| that she sold rugs on the market. | | | $ |
| My wife is a Romanian citizen, and has just suffered a stroke, and is bed ridden and unemployed. | | | $ |

4. *How much cash do you and your spouse have? $ 0*

Below, state any money you or your spouse have in bank accounts or in any other
financial institution.

| **Financial Institution** | **Type of Account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| I do not have a bank account nor am I a member of a credit union. | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| **Home** | **Other real estate** | **Motor vehicle #1** | |
|---|---|---|---|
| (Value) $ 0 N/A | (Value) $ 0 N/A | (Value) $ 0 N/A | |
| I do not own or have a home or any tangible assets. | | Make and year: None | |
| | | Model: N/A | |
| | | Registration #: N/A | |

| **Motor vehicle #2** | | **Other assets** | **Other assets** |
|---|---|---|---|
| (Value) $ None N/A | | (Value) $ None N/A | (Value) $ None N/A |
| Make and year: None | | None | None |
| Model: None | | None | None |
| Registration #: None | | None | None |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None N/A | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| | $ 0 | $ 0 |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| Siamand Henareh | Son | 12 |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) I have no real estate.<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ 0 |
|     Life: | $ 0 | $ 0 |
|     Health: | $ 0 | $ 0 |
|     Motor vehicle: | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ 0 |
|     Credit card (name): | $ 0 | $ 0 |
|     Department store (name): | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [ ] Yes    **xxxx**No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending —any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes**xxxx**No

    *If yes, how much?* $ _____

- 5 -

11.  *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I am incarcerated and destitute with no financial support.
I make $28.20 per moth as a worker in the prison Hobby Shop.

12.  *Identify the city and state of your legal residence.*

City ____LOMPOC____                    State ____CALIFORNIA____

Your daytime phone number: __N/A Incarcerated__

Your age: __62__   Your years of schooling: __College Graduate in Romania__
                                                       In Medicine.

Last four digits of your social-security number: N/A I'm a citizen of Iran
with temporary residence in Romania. I do not have a
Social Security Number. I was extradited to the United States.

- 6 -

## Inmate Inquiry

RECEIVED
SDNY DOCKET UNIT
2018 AUG 10  AM 8: 46

🖵 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 65976054 | Current Institution: | Lompoc FCC |
| Inmate Name: | HENAREH, SIAVOSH | Housing Unit: | LOM-L05 |
| Report Date: | 08/05/2018 | Living Quarters: | L05-009L |
| Report Time: | 2:08:53 PM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7217 |
| PAC #: | 885544300 |
| Revalidation Date: | 19th |
| FRP Participation Status: | Completed |
| Arrived From: | VIM |
| Transferred To: | |
| Account Creation Date: | 11/17/2011 |
| Local Account Activation Date: | 8/18/2015 3:18:32 AM |
| Sort Codes: | |
| Last Account Update: | 8/5/2018 1:36:28 PM |
| Account Status: | Active |
| Phone Balance: | $17.72 |

**Pre-Release Plan Information**

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ☐ Outside Source Funds |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $50.53 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

Administrative Hold Balance: $0.00
Available Balance: $50.53
National 6 Months Deposits: $698.95
National 6 Months Withdrawals: $674.14
Available Funds to be considered for IFRP Payments: $248.95
National 6 Months Avg Daily Balance: $85.67
Local Max. Balance - Prev. 30 Days: $111.43
Average Balance - Prev. 30 Days: $84.18

## Commissary History

### Purchases

Validation Period Purchases: $24.20
YTD Purchases: $448.75
Last Sales Date: 7/30/2018 5:33:11 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: Yes
Spending Limit: $180.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $180.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

**Comments:**

DHO/IR#2764459/90DAYS LOSS OF COMMISSARY

August 6, 2018

RECEIVED
SDNY DOCKET UNIT

2018 AUG 10 AM 8:46

Clerk of The U.S. Court of Appeals
United States Court of Appeals
For The Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street, 18th Floor
New York, NY 10007-1501

RE: United States of America v. Siavosh Henareh

    DC No.: 11CR93-(JSR)

    CAP No.: 13-1305

    Civil No.: 1:14-CV07415-(JSR)-(SDA)

Subject: Filing of Notice of Appeal and Motion To Leave
          To Proceed In Forma Pauperis On Appeal

Dear Court Clerk,

    Please find enclosed herewith the motion aforementioned.
The notice of appeal shall follow accordingly, as it's being
prepared at this time.

    Please at your earliest convenience notify me of any status
updates concerning this matter. I may be contacted at the address
listed below or affixed to the envelope, and I look forward to
your anticipated response.

Sincerely,

Siavosh Henareh #65976-054
United States Penitentiary-Lompoc
3901 Klein Blvd
Lompoc, CA 93436

cc: File

RECEIVED
SDNY DOCKET UNIT

2018 AUG 10 AM 8:47





Santa Barbara CA 931

MON 06 AUG 2018 PM

SIAVOSH HENAREH #65976-054
UNITED STATES PENITENTIARY-LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE
The following letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction or clarification, it has been processed through special mailing. If the writer wish the writer enclosed the material for furtherance to the above address, please return the enclosed correspondence to another address.

CLERK OF THE U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAM U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

<>65976-054<>
Clerk Of Courts
U.S. Courthouse RM 120
500 Pearl ST
Daniel Patrick Mpynihan
NEW YORK, NY 10007-1312
United States

LEGAL MAIL

LEGAL MAIL

WED 08 AUG 2018 11:21 PM

10007 NY 10007 55558

S.D.N.Y.
CLERK'S OFFICE

2018 AUG -9 PM 3:25