```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :
                                          :
              -v.-                        :
                                          :   11-cr-93-01(JSR)
                                          :        ORDER
SIAVOSH HENAREH                           :
                                          :
              Defendant(s),               :
                                          :
------------------------------------------X
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to the C.J.A. Attorney on duty November 4, 2020, Marc L. Greenwald, for the purpose of supplementing, if deemed necessary, the pro se motion for reduction in sentence received by the Court on November 2, 2020 (to be docketed). Counsel for the Government and defense counsel should jointly call the Court at 212-805-0401 for the purpose of setting a briefing schedule.

SO ORDERED

*/s/ Jed S. Rakoff*

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        November 4, 2020