# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SIAVOSH HENAREH,

Defendant.

Case No. 11 CR-93-01 (JSR)

## ~~PROPOSED~~ ORDER GRANTING CHARLES SANGREE'S MOTION FOR ADMISSION PRO HAC VICE

The motion for admission of Charles Hudson Sangree to practice Pro Hac Vice in the above captioned action is GRANTED.

Mr. Sangree has declared that he is a member in good standing of the bar of the State of New York; and that his contact information is as follows:

Charles Hudson Sangree
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212)-849-7000
charlessangree@quinnemanuel.com

Having requested Pro Hac Vice to appear for all purposes as counsel for Siavosh Henareh in the above captioned action;

**IT IS HEREBY ORDERED** that Charles Hudson Sangree is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.

Dated: 12/15/20

Hon. Jed S. Rakoff
United States District Judge