```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      11-cr-93-1 (JSR)
        -v-                          :
                                     :      ORDER
SIAVOSH HENAREH,                     :
                                     :
        Defendant.                   :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In a letter to the Court dated March 3, 2022, defendant Siavosh Henareh appears to request that the Court appoint him counsel. As he acknowledges, Henareh was represented by counsel at trial and on appeal. The Court also appointed counsel under the Criminal Justice Act to supplement Henareh's pro se motion for compassionate release in 2020. Henareh's letter does not articulate a purpose for which he now seeks appointment of counsel and does not otherwise state a ground to warrant appointment of counsel. Accordingly, insofar as Henareh's letter requests that the Court appoint him counsel, the request is denied.

SO ORDERED.

Dated:  New York, NY
        March 21, 2022

_____
JED S. RAKOFF, U.S.D.J.