```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    11-cr-93-1 (JSR)
         -v-                        :
                                    :    ORDER
SIAVOSH HENAREH,                    :
                                    :
         Defendant.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On October 23, 2023, the Court received a letter from defendant Siavosh Henareh requesting that the Court disregard any pending motion in his case because it did not come from him. The only such motion that has been filed is a renewed pro se motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), and for the appointment of counsel, from December 1, 2022. See ECF No. 162. Henareh had previously filed four motions requesting the same relief. See ECF Nos. 142 (motion of November 4, 2020), 155 (motion of April 1, 2021), 157 (motion of December 27, 2021), 159 (motion of March 4, 2022). Although the Court partially granted the first such motion, reducing Henareh's term of imprisonment by 12 months, see ECF No. 153, the Court denied the following three motions as without merit, see ECF Nos. 156, 158, 160, in Orders that the Court hereby incorporates by reference. For the reasons stated in those Orders incorporated by reference, the Court denies the December 1, 2022 motion for compassionate release that advances arguments the

1

Court has already rejected. The Court thus need not inquire further into the provenance of that motion. The Clerk is respectfully directed to close document number 162 on the docket of this case.

    SO ORDERED.

Dated:    New York, NY
            October __, 2023        JED S. RAKOFF, U.S.D.J.